

# Fourth Court of Appeals
## San Antonio, Texas

December 5, 2018

No. 04-18-00441-CV

**PROTOTYPE MACHINE COMPANY**,
Appellant

v.

Toledo P. **BOULWARE**, Individually and as Trustee; Shaver Banderaranch, LLC, as Successor-In-Interest to Dos Angeles, L.P.; Zach & Kayla Davis; D.M.C. Partners, Ltd.; Willie Jo Dooley, L.P.; Hayden G. Haby & Doris Y. Haby; Hayden Haby Jr. & Denette Haby Coates; Melanie & John Jones in their Capacity as Joint Representatives of the Ben Jones Sr. Estate; McDaniel Farms, Inc.; Jewel F. Robinson & 4-S Ranch; Justin Burk D/B/A Burk Farms; Robert E. Condry; John Boerschig, Tully Shahan; Kinney County Groundwater Conservation District; and Genell Hobbs in Her Official Capacity as General Manager of the Kinney County Groundwater Conservation District;
Appellees

From the 63rd Judicial District Court, Kinney County, Texas
Trial Court No. 3469-A
Honorable Enrique Fernandez, Judge Presiding

### ORDER

In accordance with this court's opinion of this date, the appeal is DISMISSED FOR WANT OF JURISDICTION. We tax costs of court for this appeal against Prototype Machine Company.

It is so **ORDERED** on December 5, 2018.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 5th day of December, 2018.

_____
Keith E. Hottle, Clerk of Court